OPINION — AG — **** REAL ESTATE SALESMAN OR BROKER LICENSE — MINIMUM AGE **** AFTER AUGUST 1, 1972, A PERSON WHO IS OVER EIGHTEEN YEARS OF AGE, BUT WHO IS LESS THAT TWENTY ONE YEARS OF AGE, WILL BE ENTITLED TO MAKE APPLICATION FOR A REAL ESTATE SALESMAN'S OR REAL ESTATE BROKER'S LICENSE UNDER THE LAWS OF THE STATE OF OKLAHOMA, IN VIEW OF THE ENACTMENT OF SENATE BILL NO. 515 CITE: 59 O.S. 1971 839 [59-839], 59 O.S. 1971 831 [59-831], 15 O.S. 1971 13 [15-13] (PAUL C. DUNCAN)